Eugene F. TAVARES

v.

RHODE ISLAND HOSPITAL.

No. 80–233–Appeal.

Supreme Court of Rhode Island.

May 22, 1980.

Raul L. Lovett, Providence, for petitioner–appellee.

Lietar & Mega, Warwick, for respondent–appellant.

## ORDER

The employer's application for stay of enforcement of the decree of the Workers' Compensation Commission pending appeal is denied. The stay previously entered in this case is vacated.

WEISBERGER, J., did not participate.